NO. PD-1616-15

COURT OF CRIMINAL APPEALS

RICHARD LARES

V.

THE STATE OF TEXAS

MOTION TO AMEND

AND CORRECT PETITION

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

TO THE HONORABLE JUSTICES OF SAID COURT:

Now Comes, Richard Lares, Appellant herein, and files this Motion to
Amend and Correct Petition on Petition for Discretionary Review and in support
of will show good cause:

FILED IN
COURT OF CRIMINAL APPEALS

DEC 30 2015

Abel Acosta, Clerk

I.

Appellant submitted a Notice to the Fourth Court of Appeals on 12-04-2015 that the appellant Received a Partial Incomplete Amended Direct Appeal Pro Se Copy of the Brief and requested the rest of it.

II.

Appellant then filed Motion for Extention of Time to File his Petition for Discretionary Review of which the Honorable Criminal Court of Appeals GRANTED on 12/11/2015 and Appellant Received on 12/18/2015. The Appeals' Court Extended the Time to File to February 26,2016.

III.

Appellant, with Respect for the Authority of the Honorable Justices of the Criminal Court of Appeals, did not want to assume that his Motion for Extention of Time to File his Petition would be granted and still filed his incomplete Petition. Now, Appellant Received the portions of his incomplete pro se brief today, 12-21-2015. For these reasons appellant wishes to File an Amended Pro Se Petition and for good cause in the interest of justice; with the SAME due Date of February 26,2016 in place.

IV.

Appellant makes a further **Request for Documents** that have not been made part of the Clerk's Record for whatsoever reasons, the Pre-Sentence Report(PSI) which appellant **Requires** to Resolve his Claim of Actual/Factual Innocence. The Honorable 399th Judicial District Court Presiding Judge Juanita Vasquez-Garner had ORDERED the PSI to be done June 10,2009 after the Plea Hearing, thus the PSI should be available to appellant.

## PRAYER AND CONCLUSION

WHEREFOR PREMISES CONSIDERED, Appellant prays that he be granted his Motion to Amend and Correct Petition with good cause and further prays that he be provided with a copy of the Pre-Sentence Report(PSI) since case law provides that it could be used to Resolve Matterial Questions of Guilt or Innocence.

Sincerely,

Richard Lares, Pro Se

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing was sent to the Honorable Clerk of the Court of Criminal Appeals, P.O.Box 12308 Capitol Station Austin, Texas 78711 on 12-21-2015 and appellant further requests that a copy be sent to the Bexar County District Attorney, Paul Elizondo Tower, 101 W.Nueva St. 7th Floor, San Antonio, Texas 78205; because appellant is indegent and is unable to provide a copy.

Respectfully Submitted,

Richard Lares, Pro Se
TDCJ-ID #1592255
2400 Wallace Pack Rd.
Navasota, Texas 77868